UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID A. MOORE,<br><br>      Plaintiff,<br><br> v.<br><br>KING COUNTY JAIL, et al.,<br><br>      Defendant. | CASE NO. C17-347 JCC-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

Plaintiff's application to proceed in forma pauperis, Dkts. 3, 9, is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 17th day of April, 2017.

                 _____
                 BRIAN A. TSUCHIDA
                 United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1