UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID A. MOORE,

           Plaintiff,

   v.

KING COUNTY JAIL, et al.,

           Defendant.

CASE NO. C17-347 JCC-BAT

**ORDER DENYING MOTION TO APPOINT COUNSEL**

      Defendant filed a *pro se* § 1983 complaint and moves the Court to appoint counsel. Dkt. 6. For reasons below, the Court **DENIES** the motion.

      A person generally has no right to counsel in a civil action. *See Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998). The Court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1), but only under "exceptional circumstances." *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). When determining whether "exceptional circumstances" exist, the Court considers "the likelihood of success on the merits as well as the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Based on these factors, appointment of counsel is not justified at this point. The complaint filed is deficient and must be cured to survive dismissal. Additionally, plaintiff has shown via the pleadings he has submitted that he can articulate his claims *pro se* in light of the complexity of the legal issues involved. The Court accordingly **DENIES** the motion. Dkt. 6.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 17th day of April, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge